IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

INDUSTRIAL GASKET & SHIM CO., INC., )
)
)
Plaintiff, )
)
v. ) Civil Action No. 07-683
)
COPPER & BRASS SALES, ) Judge Lancaster
)
)
Defendant. )

ORDER OF COURT

AND NOW, to wit, this 30th day of June, 2008, upon consideration of the foregoing Motion to Dismiss Action, it is hereby ORDERED, ADJUDGED and DECREED pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure that said Motion is granted and the above referenced action is hereby dismissed with prejudiced. The Clerk shall mark the docket accordingly.

_____
Gary L. Lancaster
United States District Judge